IN THE UNITES STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

BMO HARRIS NA as trustee of MARCIA
D. STENSTROM TRUST U/A,

    Petitioner,

v.                                    Case No.

WEST BEND MUTUAL INSURANCE
COMPANY,

    Respondent.

**JOINT PETITION TO APPOINT AN UMPIRE PURSUANT TO THE PROVISIONS OF WEST BEND MUTUAL INSURANCE COMPANY INSURANCE POLICY NUMBER A415700 02**

NOW COMES the Petitioner, BMO Harris NA as Trustee of the MARCIA D. STENSTROM TRUST U/A, and the Respondent, WEST BEND MUTUAL INSURANCE COMPANY, jointly, for their petition to appoint an umpire and in support of said petition, the parties state as follows:

### The Parties

1. BMO Harris N/A as trustee of the Marcia D. Stenstrom Trust U/A is a Trust administered by BMO Harris N/A located at 111 West Monroe, 3, Chicago, IL 60603, with its primary beneficiary being Marcia D. Stenstrom who resides in the County of Winnebago, State of Illinois, and is citizen of the State of Illinois.

2. Respondent West Bend Mutual Insurance Company is an insurance company incorporated in the State of Wisconsin with its home office and principal place of business in West Bend, Wisconsin.

**Jurisdiction and Venue**

3. Subject matter jurisdiction is based on diversity of citizenship under 28 U.S.C. Section 1332. The amount in controversy exclusive of interest and costs exceeds $75,000.00.

4. Venue lies in this district under 28 U.S.C. 1319(a)(2) in that a substantial part of the events fiving rise to the claim and subject of the policy of insurance occurred and/or is located within the Northern District of Illinois Western Division.

**Factual Background**

5. Petitioner claimed that on or about November 27, 2019, the roof of the building located at 4786-4798 Colt Road, Rockford, Illinois 61109, which is owned by the Petitioner, was damaged in a weather-related event (the "first claim"), and that on or about April 7, 2020, the roofs of the buildings located at 4836-4844 Colt Road, Rockford, IL 61109, which are also owned by the Petitioner, were damaged in a weather-related event (the "second claim").

6. The Respondent and Petitioner entered into a policy of insurance whereas the Respondent agreed to insure the Petitioner for certain losses with a policy period between February 28, 2020 to February 28, 2021, and identified as West Bend Mutual Insurance Company Policy Number 0415700 02 (the "Policy"). A copy of the Policy is attached hereto as Exhibit A.

7. The Policy contains an appraisal provision within the building and personal property coverage form Paragraph E2 which states as follows:

> E2    Appraisal – If we and you disagree on the value of the property or amount of loss, either party may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree either party may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will: a. Pay its chosen appraiser; b. bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will retain our right to deny the claim

8. Pursuant to the Policy, on or about January 27, 2021, Respondent invoked its right to demand an appraisal under the Policy. The parties agreed to appraise the first claim at that time but to hold the appraisal of the second claim in abeyance until the completion of the appraisal on the first claim.

9. On June 10, 2022, Petitioner selected Scott Heidelberg of Heidelberg & Mullens, Inc. Consulting Services, 72 Stonebridge Blvd., Suite 2, Jackson, Tennessee 38305, as its appraiser for the second claim and, on June 20, 2022, Respondent selected Newel Anderson of Anderson Insurance Services, 901 East Summit Street, Crown Point, Indiana 46307, as its appraiser.

10. After a diligent inquiry between the Petitioner's and Respondent's appraisers, the Petitioner's appraiser and Respondent's appraiser were unable to select an umpire pursuant to the terms of the appraisal provision in Exhibit A.

11. A dispute in actual controversy has arisen between the parties pursuant to Exhibit A in light of the fact that the parties have been unable to reach an agreement with respect to an umpire for the appraisal process. The parties therefore request that this court select the umpire pursuant to the appraisal provision in Exhibit A.

12. Respondent proposes that one of the following serve as the umpire:

    a. Charles Gasser, *see* CV attached hereto as Exhibit B;

    b. William Butler, *see* CV attached hereto as Exhibit C;

    c. John Ortenblad, *see* CV attached hereto as Exhibit D;

    d. Randall Rapp, *see* CV attached hereto as Exhibit E;

    e. Ben Smith, *see* CV attached hereto as Exhibit F; and

    f. Thomas Vesel, *see* CV attached hereto as Exhibit G.

13. Petitioner proposes that one of the following serve as the umpire:

    a. Toby Johnson, 31 North Haven Drive, Johnson, Indiana 38305, *see* CV attached hereto as Exhibit H;

    b. John Linville, 186 Spring Meadow Lane, Greenwood, Indiana 46143, *see* CV attached hereto as Exhibit I;

    c. T. Kyle Green, 2323 Sassafras Drive, Murfreesboro, Tennessee 37128, *see* CV attached hereto as Exhibit J;

    d. Keith Juneau, 8715 Carrollwood Lane, East Cordova, Tennessee, *see* CV attached hereto as Exhibit K;

    e. Martin Shields, 409 John Wesley Dobbs Avenue, Suite F, Atlanta, Georgia 30312, *see* CV attached hereto as Exhibit L; and

    f. James Dombrowski, 5856 N. Elston Avenue, Chicago, Illinois 60646, *see* CV attached hereto as Exhibit M.

WHEREFORE, the parties jointly and respectfully request that this court enter an order appointing an umpire pursuant to the terms and conditions set forth in the insurance policy executed between the parties attached hereto as Exhibit A.

Respectfully Submitted,

**/s/ Raymond J. Melton**
Ray J. Melton
Amundsen Davis, LLC
308 W. State St., Suite 320
Rockford, IL 61101
(815) 904-8808
rmelton@amundsendavislaw.com

Attorneys for Petitioner,

BMO Harris Bank N/A
as trustee of MARCIA D.
STENSTROM TRUST U/A


_____
Thomas B. Orlando
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
222 N. LaSalle St., Suite 1400
Chicago, IL 60601
(312) 863-5000
torlando@fgppr.com

Attorneys for Respondent,
WEST BEND MUTUAL
INSURANCE COMPANY